UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES DEON GREEN,<br><br>Defendant. | CASE NO.:<br><br>4:21-CR-00159-RSB-CLR-1 |

### ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

After reviewing Defendant James Deon Green's counsel's Motion for Leave of Absence, and for good cause shown, the Court GRANTS the Motion for the following dates:

- September 30, 2022 to October 13, 2022 for out-of-the-country personal travel; and

- March 8, 2023 to March 16, 2023 for out-of-the-country personal travel.

SO ORDERED this 17th day of September 2022.

Christopher L. Ray
United States Magistrate Judge
United States District Court
Southern District of Georgia